UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



12 DEC 18 PM 1:39

| UNITED STATES OF AMERICA, | CASE NO. 11CR5659-BEN |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| MANUEL SINGH, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(iv) and (v)(II)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 18, 2012

Ruben B. Brooks
U.S. Magistrate Judge